UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

CASE NO: 7:15-MJ-1163


FILED IN OPEN COURT
ON 12-2-15 BC
Julie Richards Johnston, Clerk
US District Court
Eastern District of NC

UNITED STATES OF AMERICA

V.

Jeffrey L. Rowe

DISMISSAL ORDER

The GOVERNMENT moves for dismissal of the captioned case without prejudice for the following reason:

☐ Compliance

☒ Completed ~~Driver Improvement~~ Boating Safety Training

☐ Proof of Safe Driving Record

☐ Prosecutorial Discretion: _____

Offenses: Trespassing

Category: O

Initial Docket Date:

Submitted on: 2 December 2015

For JOHN T. BENNETT
Special Assistant United States Attorney
XVIII Airborne Corps & Fort Bragg
Fort Bragg, NC 28307-5000
(910) 396-1221/1222

Leave for dismissal is granted and it is hereby ORDERED that the captioned case be dismissed.

This 2 day of December, 2015.

United States Magistrate Judge

Case 7:15-mj-01163-RJ Document 5 Filed 12/02/15 Page 1 of 1